## E. P. DAVES *v.* M. MAHORNER.

1. PRACTICE: JUDGMENTS DE BONIS PROPRIIS AND DE BONIS TESTATORIS: DISCONTINUANCE OF SUITS.—Where an action is brought against D. individually, and as executor of Hatch, on a joint note made by D. & H., and a judgment taken by default against D. individually, it is not an error of which D. can complain. Such a judgment amounts to a discontinuance of the suit against the estate of H.

ERROR to the Circuit Court of Noxubee county. Hon. H. W. Foote, judge.

*Beauchamp & Welsh,* for plaintiff in error, cited 1. How.

(Miss.) 273 ; 2 S. &. M. 541; 27 Miss. R. 473 ; 4 How. (Miss.) 113.

*Jarnagin & Rives* for defendant in error.

ELLETT, J., delivered the opinion of the court.

This action was brought against Daves individually, and as executor of Hatch, on a joint note given by Daves and Hatch. Judgment by default was taken against "the said defendant," merely; and it is assigned for error that no judgment was entered, to be levied *de bonis testatoris*.

The judgment was properly taken against Daves individually, for he was a joint-maker of the note, and liable to a judgment *de bonis propriis*. It was no prejudice to him that judgment was not also rendered against him as executor, to be levied *de bonis testatoris*. By not taking such judgment, the plaintiff discontinued his suit against the estate of Hatch, as he had a right to do. No execution can issue on the judgment as taken, except against Daves individually. The estate of the deceased maker of the note is not at all affected by it.

Let the judgment be affirmed.